STATE of Missouri, Respondent,

v.

Orville O. MILLER, Appellant.

No. WD 46900.

Missouri Court of Appeals, Western District.

Dec. 14, 1993.

Theodore D. Barnes, Independence, for appellant.

D. Bryant King, III, Kimberly A. Wisniewski, Asst. Pros. Attys., Platte County, Platte City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and SMART, JJ.

PER CURIAM.

### ORDER

Defendant appeals his jury conviction for the class A misdemeanor of driving while intoxicated pursuant to § 577.010 RSMo 1986, the sentence of one year imprisonment and a $500 fine.

The judgment of conviction is affirmed. Rule 30.25(b).